# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MARIBETH PRESNAL, *Estate of*

        Estate Plaintiff

EDWIN M PRESNAL, JR, *Individually and as the Personal Representative of the estate of*
MARIBETH PRESNAL

        Plaintiff

   v.

        Civil Action No.  3:23-CV-290

DEARBORN NATIONAL LIFE INSURANCE COMPANY

BEACON HEALTH SYSTEM, INC.

        Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff_____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

☒ Other: Judgment is ENTERED in favor of defendant's Dearborn National Life Insurance Company and Beacon Health System, Inc., and against Plaintiff Edwin M Presnal Jr and Estate Plaintiff Maribeth Presnal.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

_X_  decided by Judge Cristal C Brisco on Defendant's Motions for Summary Judgment

DATE: 8/18/2025                    CHANDA J. BERTA, CLERK OF COURT


                                   by   s/ S. Jarrell
                                   *Signature of Clerk or Deputy Clerk*